■ In the Matter of LESLY REMY, Appellant, v FRANCINE MITCHELL, Respondent. [874 NYS2d 387]—In a child support proceeding pursuant to Family Court Act article 4, the father appeals from an order of the Family Court, Queens County (Fondacaro, S.M.), dated October 3, 2007, which, after a hearing, inter alia, fixed child support arrears against him in the sum of $5,691.13.

Ordered that the appeal is dismissed, without costs or disbursements.

It is the obligation of the appellant to assemble a proper record on appeal (*see* Family Ct Act § 1118; CPLR 5525 [a]; *Matter of Zaikowski v Monzon,* 277 AD2d 459 [2000]). The failure to provide necessary transcripts inhibits the Court's ability to render an informed decision on the merits of the appeal (*see Matter of Rudick v Rudick,* 16 AD3d 514 [2005]). In this proceeding, the father failed to provide a transcript of the hearing. This appeal must be dismissed as the papers provided were patently insufficient for the purpose of reviewing the issues he raised (*see Matter of Rudick v Rudick,* 16 AD3d 514 [2005]; *Sultan v Sultan,* 295 AD2d 498, 499 [2002]; *Svoboda v Svoboda,* 275 AD2d 742 [2000]). Prudenti, P.J., Ritter, Santucci and Chambers, JJ., concur.